No. 05–6696. AYERS-FOUNTAIN *v.* EASTERN SAVINGS BANKS. C. A. 3d Cir. Certiorari denied.

No. 05–6697. BROWN ET VIR *v.* CHEVY CHASE BANK, FSB. C. A. 11th Cir. Certiorari denied.

No. 05–6703. WILEY *v.* LEIBACH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 05–6705. DICKS *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT· OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 05–6706. DUNKINS *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–6708. DIXON *v.* ALEXANDER ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–6709. DENHAM *v.* KNOWLES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–6712. PALMER *v.* HOUSTON, DIRECTOR, NEBRASKA DEPARTMENT· OF CORRECTIONAL SERVICES. C. A. 8th Cir. Certiorari denied.

No. 05–6714. PARKER *v.* UNIVERSITY OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 05–6717. MITCHELL *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 05–6722. CARDONA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6724. CAGE-BARILE *v.* CHURCH OF CHRIST IN HOLLYWOOD. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 05–6727. RANDOLPH *v.* TATAROW FAMILY PARTNERS, LTD. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 05–6729. DAVIDSON *v.* ZUSSMAN ET AL. C. A. 6th Cir. Certiorari denied.